April 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

HAL W. ADAMS, Appellant

NO. 14-12-00035-CV                    V.

HUMBLE HEALTHCARE CENTER, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 21, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by HAL W. ADAMS.

We further order this decision certified below for observance.